# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 12, 2010

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-1762

| | |
|---|---|
| RONALD ROMANELLI, | Appeal from the United States |
| *Plaintiff-Appellant*, | District Court for the Western |
| | District of Wisconsin. |
| *v.* | |
| | No. 07-cv-19 |
| DALIA SULIENE and CHRISTOPHER KUHL, | |
| *Defendants-Appellees*. | Stephen L. Crocker, |
| | *Magistrate Judge*. |

**ORDER**

The slip opinion of August 11, 2010, is amended as follows:

At page 10, first paragraph, line 16, "alteraton" is deleted and replaced with "alteration".